UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
CIVIL MINUTES

| | | | |
|---|---|---|---|
| Case Title : | James Francis Peters and Kelly Lynn Murchison-Peters | Case No : | 11-38546 - B - 7 |
| | | Date : | 9/13/11 |
| | | Time : | 09:32 |
| Matter : | [8] - Motion/Application to Compel Abandonment [SCR-1] Filed by Joint Debtor Kelly Lynn Murchison-Peters, Debtor James Francis Peters (Fee Paid $150) (abas) | | |
| Judge : | Thomas Holman | | |
| Courtroom Deputy : | Sheryl Arnold | | |
| Reporter : | Diamond Reporters | | |
| Department : | B | | |

APPEARANCES for :
Movant(s) :
Respondent(s) :

Disposition After Oral Argument (formerly Tentative Ruling):

The motion is denied without prejudice.

The debtors seek abandonment of their "business operation" consisting of a court reporter business. They state in their motion that the business is a partnership. No interest in a partnership is scheduled as an asset (Dkt. 1 at 12) on the debtors' Schedule B. To the contrary, the debtors state under penalty of perjury in Schedule B that they have no interest in any partnership or joint ventures (Item 14), no interest in any incorporated and unincorporated businesses (Item 13) and that they have no other personal property of any kind not already listed (Item 35). The court can only authorize abandonment of property of the estate, and the court will not authorize abandonment of estate property that the debtors have stated under oath does not exist.

The court will issue a minute order.